PETER C. ANDERSON
United States Trustee
KENNETH M. MISKEN
Assistant United States Trustee
RUSSELL CLEMENTSON/SBN 143284
Trial Attorney
Department of Justice
Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017
Telephone: (213) 894-4505; Facsimile: (213) 894-2603
Email: russell.clementson@usdoj.gov

FILED & ENTERED

DEC 10 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Bever    DEPUTY CLERK

CHANGES MADE BY COURT

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>VALLEY ENERPRISES T.S. INC,<br><br>Debtor. | Case No.: 1:20-bk-11784-MB<br><br>Chapter 11<br><br>ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE<br><br>Date: December 10, 2020<br>Time: 11:00 a.m.<br>Ctrm: 303 (Via Zoom)<br>21041 Burbank Blvd.<br>Woodland Hills, CA 91367 |

The United States Trustee's Motion to Convert or Dismiss this case per § 1112(b) with an Order directing payment of Quarterly Fees ("Motion") (Doc. No. 18) came on for hearing on the above date and time. Appearances were made as reflected on the record. The Court having considered the record herein, the arguments of counsel and interested parties, and for good cause appearing,

IT IS HEREBY ORDERED that the Motion is granted and that this case be and hereby is CONVERTED to Chapter 7.

\\\

1

1 | IT IS FURTHER ORDERED that Debtor shall comply with Federal Rule of Bankruptcy
2 | Procedure 1019 within the time specified by Federal Rule of Bankruptcy Procedure 1019(5)(A)..
3 |
4 | ###
5 |
...

23 | Date: December 10, 2020

Martin R Barash
United States Bankruptcy Judge