DAVID SEROR – Bar No. 67488
TAMAR TERZIAN – Bar No. 254148
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email:    dseror@bg.law
          tterzian@bg.law

Attorneys for Diane C. Weil, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re | Case No. 1:20-bk-11784 MB |
| VALLEY ENTERPRISES T.S., INC., | Chapter 7 |
| Debtor. | **NOTICE OF CONTINUED HEARING RE MOTION FOR: (1) ISSUANCE OF AN ORDER TO SHOW CAUSE RE CONTEMPT OF COURT AND FOR ORDER HOLDING JOSE PASCO, PERSON MOST KNOWLEDGEABLE OF DEBTOR'S FINANCIAL AFFAIRS, IN CONTEMPT OF THIS COURT FOR FAILURE TO TURNOVER DOCUMENTS; (2) FOR SUCH FURTHER ORDERS FOR RELIEF AS THE COURT MAY DEEM NECESSARY TO ENFORCE  ITS ORDERS AGAINST JOSE PASCO, PERSON MOST KNOWLEDGEABLE OF DEBTOR'S FINANCIAL AFFAIRS** |
| | <u>Continued Hearing (To Be Conducted In Person)</u>:<br>DATE:   March 30, 2022<br>TIME:   2:30 p.m.<br>PLACE: Courtroom 303 |

1

2746683

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the hearing on the Motion for: (1) Issuance of an Order to Show Cause Re Contempt of Court and for Order Holding Jose Pasco, Person Most Knowledgeable of Debtor's Financial Affairs, in Contempt of this Court for Failure to Turnover Documents; (2) for Such Further Orders for Relief as the Court May Deem Necessary to Enforce its Orders Against Jose Pasco, Person Most Knowledgeable of Debtor's Financial Affairs (the "Motion")[Doc. 271], has been continued to **March 30, 2022, at 2:30 p.m.**, in Courtroom 303. All parties are ordered to appear in person.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order Adjudicating Civil Contempt [Doc. 315], for each day after December 29, 2021 that the Unproduced Documents are not produced, Jose Pasco is fined the sum of $100.00 and continues to incur such fine. If it is impossible for Pasco to produce any of the Unproduced Documents, Pasco must file a motion seeking relief from this Order demonstrating with specificity why compliance is impossible.

Dated: February 24, 2022             BG Law LLP,

                                     By: /s/ Tamar Terzian
                                         Tamar Terzian
                                         Attorneys for Diane C. Weil, Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367**.

A true and correct copy of the foregoing document entitled**: NOTICE OF CONTINUED HEARING RE MOTION FOR: (1) ISSUANCE OF AN ORDER TO SHOW CAUSE RE CONTEMPT OF COURT AND FOR ORDER HOLDING JOSE PASCO, PERSON MOST KNOWLEDGEABLE OF DEBTOR'S FINANCIAL AFFAIRS, IN CONTEMPT OF THIS COURT FOR FAILURE TO TURNOVER DOCUMENTS; (2) FOR SUCH FURTHER ORDERS FOR RELIEF AS THE COURT MAY DEEM NECESSARY TO ENFORCE  ITS ORDERS AGAINST JOSE PASCO, PERSON MOST KNOWLEDGEABLE OF DEBTOR'S FINANCIAL AFFAIRS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.
On **February 24, 2022,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On **February 24, 2022,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**\*\*CHAMBERS COPY UNDER 25 PAGES IS TEMPORARILY SUSPENDED (AMENDED GEN. ORDER 21-05).**

Honorable Martin R. Barash
United States Bankruptcy Court
San Fernando Valley Division
21041 Burbank Blvd., Suite 342
Woodland Hills, CA 91367

Debtor
Valley Enterprises T.S., Inc.
c/o Jose Pasco
7759 Skyhill Drive Los
Angeles, CA 90068

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 24, 2022 | ABBIE AU | /s/ Abbie Au |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                       **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Julian K Bach**    Julian@Jbachlaw.com, julianbach@sbcglobal.net
- **Kelli M Brown**    kbrown@mclaw.org, CACD_ECF@mclaw.org
- **Katherine Bunker**    kate.bunker@usdoj.gov
- **Greg P Campbell**    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Russell Clementson**    russell.clementson@usdoj.gov
- **Joseph C Delmotte**    ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
- **Brian S Edwards**    brian.edwards@fnf.com, christine.hipp@fnf.com
- **Arnold L Graff**    agraff@wrightlegal.net, bkudgeneralupdates@wrightlegal.net
- **Steven T Gubner**    sgubner@bg.law, ecf@bg.law
- **Erica T Loftis Pacheco**    bknotifications@ghidottiberger.com
- **Lane M Nussbaum**    lnussbaum@nussbaumapc.com, info@nussbaumapc.com
- **Giovanni Orantes**    go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
- **Anthony N Ranieri**    a1andb2@aol.com
- **Matthew D. Resnik**    matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- **David Seror**    dseror@bg.law, ecf@bg.law
- **Tamar Terzian**    tamar@terzlaw.com, ecf@bg.law
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov
- **Thomas B Ure**    tbuesq@aol.com, urelawfirm@jubileebk.net;tom@ecf.courtdrive.com
- **Diane C Weil (TR)**    dcweil@dcweillaw.com, DCWTrustee@dcweillaw.com;ecf.alert+Weil@titlexi.com
- **Reilly D Wilkinson**    rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com
- **Robert M Yaspan**    court@yaspanlaw.com, tmenachian@yaspanlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**