| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>DIANE C. WEIL<br>State Bar Number 102922<br>5950 Canoga Ave., Suite 400<br>Woodland Hills, CA 91367<br>TELEPHONE: (818) 651-6400<br>FASCIMILE: (818) 651-6400<br>EMAIL: dcweil@dcweillaw.com<br><br>Chapter 7 Trustee<br><br>☐ *Debtor(s) appearing without an attorney*<br>☐ *Attorney for Debtor(s)* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br>VALLEY ENTERPRISES TS, INC., | CASE NO.: 1:20-bk-11784-MB<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF MOTION AND MOTION UNDER LBR 2016-2 FOR APPROVAL OF CASH DISBURSEMENTS BY THE TRUSTEE; OPPORTUNITY TO REQUEST HEARING; AND DECLARATION OF TRUSTEE** |
| Debtor(s). | [No hearing unless requested under LBR 9013-1(o)] |

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the duly-appointed chapter 7 trustee has filed the following motion for court approval of the trustee's request to make cash disbursements. The court may grant the motion authorizing expenditure of estate funds without a hearing unless you file with the court and serve upon the trustee and the United States trustee a written objection to the motion explaining all of the reasons for the opposition WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE OF MOTION AND MOTION, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F). If an objection is timely filed, the trustee will set the matter for hearing and notify you of the date and time of the hearing. Failure to object may be deemed consent to interim authorization of the expenses requested by the trustee.

The trustee moves for an order authorizing cash disbursements from property of the estate as follows:
1. A brief summary of the case is attached as Exhibit A.
2. The estimated date for submitting a final report is  12/31/2023  .

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016    Page 1    F 2016-2.2.MOTION.TRUSTEE.DISBURSE

3. Cash disbursements period: 02/01/2023 to 02/01/2024.
4. A detailed analysis and justification of the trustee's expenses is included in Exhibit B.
5. Final approval of all expenditures will be sought when the trustee files a Final Account and Report (including those paid in accordance with LBR 2016-2).

Date: 2/15/23

_Signature of the chapter 7 trustee or the trustee's attorney_

DIANE C. WEIL, CHAPTER 7 TRUSTEE
_Printed name of the chapter 7 trustee or the trustee's attorney_

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016    Page 2    F 2016-2.2.MOTION.TRUSTEE.DISBURSE

## DECLARATION OF TRUSTEE

I, Diane C. Weil _____, the duly appointed chapter 7 trustee, have prepared the foregoing motion to make cash disbursements and believe the amounts specified in each category are reasonable and necessary for an effective and efficient administration of the estate. If this motion proves to be inaccurate or infeasible, I will submit corrected motions as necessary.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/15/23 | DIANE C. WEIL, CHAPTER 7 TRUSTEE | _/s/ Diane C. Weil_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016    Page 3    F 2016-2.2.MOTION.TRUSTEE.DISBURSE

## EXHIBIT "A"

**SUMMARY/STATUS OF CASE:**

This cash disbursement motion is filed pursuant to LBR 2016-2 of the United States Bankruptcy Court, Central District of California.

Through review of the Debtor's schedules, information obtained from creditors or information obtained at the Debtor's 341(a) meeting or otherwise, this case appears to have assets and/or potential avoidance actions that may be liquidated for the benefit of creditors.

*Insert specific facts of case*:

This is the third Cash Disbursement Motion filed in the case. The Trustee is presently holding approximately $1,275,000.00 in Estate funds.

The debtor filed a Chapter 11 on October 5, 2020 and the case was converted to a Chapter 7 on December 10, 2020.. The initial 341 (a) Meeting of Creditors was scheduled for January 15, 2021, and continued from time to time until conclusion. A Notice of Asset Case was filed with the court on August 3, 2021 and November 8, 2021 was set as the claims bar date.

Since the filing of the case, the Trustee has sold 5 properties that belonged to the Debtor. On October 5, 2022, the Trustee filed an adversary proceeding, case no. 22-ap-01052. The adversary filed has over 14 defendants and is currently ongoing. Tax returns for 2019, 2020 and 2021 have been prepared and the Trustee seeks authority to expend estate funds to pay the taxes due, as advised by her accountant.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 4    F 2016-2.2.MOTION.TRUSTEE.DISBURSE

**EXHIBIT "B"**

**Estimated Recurring Monthly Expenses During the Cash Disbursement Period:**

$ _____ Rent or Mortgage Payment

$ _____ Property Tax

$ _____ Insurance

$ _____ Utilities

$ _____ Repair and Maintenance

$ _____ Property Management

$ _____ Security Services

$ _____ Advertising Sale of Assets

$ _____ Actual Cost of Noticing, Copying and Postage

$ _____ Storage of Estate Assets and/or Books and Records

$ _____ Long Distance Telephone

$ _____ Expedited Mail

$ _____ Teletransmission

$ _____ Delivery of Documents

$ _____ Filing and Process Serving

$ _____ Bank Charges for Research and/or Copies

$ _____ Clerk's Charges

$ _____ Court Reporting Fees

$ _____ Witness Fees

$ _____ Transcript Fees

$ _____ Notary Fees

$ _____ Recording Fees

$ _____ Trustee Travel and Lodging (includes lodging, meals, mileage and parking)

$ _____ Other: _____

$ _____ Other: _____

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*      Page 5      F 2016-2.2.MOTION.TRUSTEE.DISBURSE

| | |
|---|---|
| $ _____ | Other: _____ |
| $ _____ | Other: _____ |
| $ _____ | Other: _____ |

**Total:** $ 0.00 _____ Estimated Recurring Monthly Expenditures During the Cash Disbursement Period

**Total Estimated Other Expenses During the Cash Disbursement Period for Which Court Approval is Sought at this Time:**

| | |
|---|---|
| $ _____ | Locksmith Services |
| $ _____ | Initial Moving and Storage Costs; Books and Records and/or Property of the Estate |
| $ _____ | Advertising Sale of Assets |
| $ _____ | Books and Records Destruction Costs |
| $ 30,000.00 | Postpetition taxes payable pursuant to 11 U.S.C. § 503 (b)(1)(B), but not preconversion taxes |
| $ _____ | Prepetition taxes payable pursuant to 11 U.S.C. § 507(a)(2) |
| $ _____ | Other: _____ |
| $ _____ | Other: _____ |
| $ _____ | Other: _____ |

**Total:** $ 30,000.00 _____ Estimated Other Expenses During the Cash Disbursement Period

The foregoing expenditures are justified by the following facts:

The Trustee employed LEA Accountancy as accountants per order entered August 24, 2022. Tax returns for the years 2019 through 2021 have been prepared and it has been determined that the Debtor has tax liabilities due to the Franchise Tax Board and the Internal Revenue Service. The Trustee seeks authority to expend estate funds to pay administrative taxes.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                        Page 6                                        **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

5950 Canoga Ave., Suite 400, Woodland Hills, CA 91367

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION UNDER LBR 2016-2 FOR APPROVAL OF CASH DISBURSEMENTS BY THE TRUSTEE; OPPORTUNITY TO REQUEST HEARING; AND DECLARATION OF TRUSTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/15/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 02/15/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Valley Enterprises TS Inc.
13962 Saticoy Street
Van Nuys, CA 91402

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 02/15/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hand Delivery: The Honorable Martin Barash
United States Bankruptcy Court
21041 Burbank Blvd., Courtroom 303
Wooldnad Hills, CA 91367

Via Email: sleslie@trusteeleslie.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 02/15/2023 | JULIA FISER | /s/ Julia Fiser |
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                Page 7                F 2016-2.2.MOTION.TRUSTEE.DISBURSE

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- **Julian K Bach** Julian@Jbachlaw.com, julianbach@sbcglobal.net
- **Kelli M Brown** bknotifications@ghidottiberger.com, bknotifications@ghidottiberger.com
- **Katherine Bunker** kate.bunker@usdoj.gov
- **Greg P Campbell** ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Russell Clementson** russell.clementson@usdoj.gov
- **Joseph C Delmotte** ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
- **Brian S Edwards** brian.edwards@fnf.com, christine.hipp@fnf.com
- **Oscar Estrada** oestrada@ttc.lacounty.gov
- **Nathan Fransen** nathan@fmattorney.com, deforest@fmattorney.com
- **Arnold L Graff** agraff@wrightlegal.net, bkudgeneralupdates@wrightlegal.net;jpowell@wrightlegal.net
- **Steven T Gubner** sgubner@bg.law, ecf@bg.law
- **David B Lally** davidlallylaw@gmail.com
- **Erica T Loftis Pacheco** bknotifications@ghidottiberger.com
- **Lane M Nussbaum** lnussbaum@nussbaumapc.com, info@nussbaumapc.com
- **Giovanni Orantes** go@gobklaw.com, gorantes@orantes-law.com,cmh@gobklaw.com,gobklaw@gmail.com,go@ecf.inforuptcy.com;orantesgr89122@notify.bestcase.com
- **Anthony N Ranieri** a1andb2@aol.com
- **Matthew D. Resnik** Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- **David Seror** dseror@bg.law, ecf@bg.law
- **Tamar Terzian** tamar@terzlaw.com, ecfnotices@eppscoulson.com
- **United States Trustee (SV)** ustpregion16.wh.ecf@usdoj.gov
- **Thomas B Ure** tom@urelawfirm.com, urelawfirm@jubileebk.net;tom@ecf.courtdrive.com
- **Diane C Weil (TR)** dcweil@dcweillaw.com, DCWTrustee@dcweillaw.com,jfiser@dcweillaw.com;ecf.alert+Weil@titlexi.com
- **Jessica Wellington** jwellington@bg.law, ecf@bg.law
- **Reilly D Wilkinson** rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com

- **Steven Abraham Wolvek**  steve@wolveklaw.com
- **Robert M Yaspan**  court@yaspanlaw.com, tmenachian@yaspanlaw.com

Golf View Lane Limited Partnership, a Califo
3835 E. Thousand Oaks Blvd #R-360
Thousand Oaks, CA 91362-3637

(p)OFFICE OF FINANCE   CITY OF LOS ANGELES
200 N SPRING ST RM 101 CITY HALL
LOS ANGELES CA 90012-3224

The Carrington Company
GHIDOTTI BERGER
1920 Old Tustin Ave.
Santa Ana, CA 92705-7811

The Orantes Law Firm, P.C.
3435 Wilshire Blvd Ste 2920
Los Angeles, CA 90010-2015

Toorak Capital Partners, LLC
c/o Polsinelli LLP
2049 Century Park East
Suite 2900
Los Angeles, CA 90067-3221

BSI Financial Services
314 S. Franklin St.
POB 517
Titusville PA 16354-0517

BSI Financial Services
PO Box 1943
Richmond, IN 47375-1943

Brian Edwards, Esq.
4 Executive Circle, Suite 270
Irvine, CA 92614-6794

California Dept of Tax and Fee Admi
Special Ops, MIC 29
PO Box 942879
Sacramento, CA 94279-0005

Carrington Mortgage Se
1610 E. St. Andrew Pl #B150
Santa Ana CA 92705-4941

Carrington Mortgage Services
P.O. Box 79001
Phoenix, AZ 85062-9001

Chase Auto
PO Box 90187
Fort Worth, TX 76101-2087

Chrysler Capital
POB 660647
Dallas TX 75266-0647

Chysler Capital
P.O. Box 961275
Fort Worth, TX 76161-0275

East West Bank
520 N. Central Ave
Glendale CA 91203-1926

East West Bank
Loan Servicing Department
9300 Flair Drive, 6th Floor
El Monte, CA 91731-2851

East West Bank
P.O. Box 60021
City of Industry, CA 91716-0021

Employment Developement Dept
PO Box 826806
Sacramento, CA 94206-0001

Franchise Tax Board
Attn: Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

Golf View Lane Limited Partnership
c/o Law Offices of Robert M. Yaspan
21700 Oxnard Street, Suite 1750
Woodland Hills, CA 91367-7593

Inneractions Sober Living, LLC
17609 Ventura Blvd. Suite 215
Encino, CA 91316-5126

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
2141 5th Ave
San Diego, CA 92101-2101

LC Equity Group Inc
5737 Kanan Road #559
Agoura Hills, CA 91301-1601

LKJ LLC
11111 Santa Monica Blvd
Los Angeles, CA 90025-3333

Nourmand & Associates c/o Carolyn Cole
6525 Sunset Blvd Ste G10
Box 23
Los Angeles, CA 90028-7212

Pinnacle Estate Properties, Inc
Raul Aponte
18527 Devonshire St
Northridge, CA 91324-1308

SRA Associates
112 W. Park Drive, Ste 200
Mount Laurel, NJ 08054-1261

Santander Consumer USA Inc. d/b/a/ Chrysler
P.O. BOX 961275
FORT WORTH, TX 76161-0275

Scharlin Family Trust
27489 Agoura Rd., Ste. 102
Agoura Hills, CA 91301-2481

Sonya Chevelle Cole
6943 Kester Avenue
Apt B
Van Nuys, CA 91405-3539

Toyota Motor Credit Corporation
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Val-Chris Investments, Inc.
2601 Main Street Suite 400
Irvine, CA 92614-4213

Anthony N Ranieri
15303 Ventura Blvd Ste 930
Sherman Oaks, CA 91403-3110